THOMAS N. BAYLES, Respondent, *v.* FREDERICK J. WAGNER, Appellant and STEPHEN BOWE, Respondent, Impleaded with Another.

*Bayles* v. *Wagner*, 163 App. Div. 973, affirmed.

(Argued November 23, 1917; decided December 11, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 26, 1914, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mechanic's lien. The complaint alleged that the appellant was the owner of real estate at Smithtown Branch, Suffolk county, N. Y.; that the plaintiff sold and delivered to the defendant Joseph Mulvey material of the value of $473.66; that the material was used by him with the appellant's knowledge in improving the aforesaid property; that the plaintiff received on account $18.87, and that within ninety days after furnishing the material he filed his notice of lien for $454.89 due him. The answer of the defendant Stephen Bowe averred *inter alia* that at the special instance and request of the defendant Joseph Mulvey, he performed labor of the agreed price and reasonable value of $378.70 in improving the property aforementioned with the knowledge and consent of the appellant; that he received $325.62, and that he duly filed a notice of lien for the sum of $53.08 still owing to him. The answer of the appellant put in issue the material allegations of the complaint.

*Goodman Block* and *Milton Mayer* for appellant.

*Livingston Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN, POUND, MCLAUGHLIN and ANDREWS, JJ.